Rebecca M. Gabroy (State Bar No. 303824)
rgabroy@wshblaw.com
Sarah Stilz (State Bar No. 306617)
sstilz@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
6A Liberty Street, Suite 200
Aliso Viejo, California 92656
Phone: 949-757-4500 ♦ Fax: 949-757-4550

Attorneys for THE BUNGALOW HB, LLC dba THE BUNGALOW HUNTINGTON BEACH, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN YEUNG,<br><br>   Plaintiff,<br><br>vs.<br><br>THE BUNGALOW HUNTINGTON BEACH, LLC, a limited liability company; OFFICER JOSEPH E. GILES, an individual; OFFICER CAMERON J. HOULSTON, an individual; OFFICER LUCAS PATRICK, an individual; HUNTINGTON BEACH POLICE DEPARTMENT, a public entity; and DOES 1-20, inclusive.<br><br>   Defendants. | Case No.: 8:23-cv-01573 MWC (DFMx)<br><br>**DEFENDANT, THE BUNGALOW HB, LLC dba THE BUNGALOW HUNTINGTON BEACH, LLC'S PROPOSED WITNESS LIST** |

Defendant, THE BUNGALOW HUNTINGTON BEACH, LLC hereby provides its proposed list of witnesses intended to be called to testify at trial.

/ / /

/ / /

1

|  | Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| 1. | Plaintiff, Christian Yeung | Plaintiff will testify regarding the subject incident | 2 hours |  | Day 1 of trial. |
| 2. | Officer Joseph Giles | Testimony regarding the Officers' response to the 911 call and the arrest. The police report and arrest report. | 30 mins |  | Day 1 of trial. |
| 3. | Officer Cameron Houlston | Testimony regarding the Officers' response to the 911 call and the arrest. | 30 mins |  | TBD |
| 4. | Officer Lucas Patrick | Testimony regarding the Officers' response to the 911 call and the arrest. | 30 mins |  | TBD |
| 5. | Officer Ecsedy | Conversations with security staff and his body worn camera. Supplemental police report. | 30 mins |  |  |
| 6. | Justin Timothy Harris Bell | The incident between Plaintiff and ATF Private Security's security guards. | 30 mins |  |  |
| 7. | Kent Hughes | The incident between Plaintiff and ATF Private Security's security guards. | 30 mins |  |  |
| 8. | Enrique Oseguera* | Events prior to the incident, potentially the incident, and | 30 mins |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | | potentially events after the incident. | | | |
| 9. | Ilja Magura | Services Agreement between The Bungalow and ATF Private Security. | 30 mins | | |

DATED: August 15, 2025        WOOD, SMITH, HENNING & BERMAN LLP

By: _____
REBECCA M. GABROY
SARAH STILZ
Attorneys for THE BUNGALOW HB, LLC dba THE BUNGALOW HUNTINGTON BEACH, LLC

# PROOF OF SERVICE

**Yeung, Christian v. The Bungalow Huntington Beach, LLC, et al.**
**Case No. 30-2023-01328339-CU-CR-CJC**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On August 15, 2025, I served the following document(s) described as **DEFENDANT, THE BUNGALOW HB, LLC dba THE BUNGALOW HUNTINGTON BEACH, LLC'S PROPOSED WITNESS LIST** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:** I placed true copies of the foregoing document(s) enclosed in sealed envelopes addressed as shown on the Service List. I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 15, 2025, at Los Angeles, California.

/s/ Yareem G. Lopez
Yareem G. Lopez

## SERVICE LIST
## Yeung, Christian v. The Bungalow Huntington Beach, LLC, et al.
## Case No. 30-2023-01328339-CU-CR-CJC

CHRISTIAN YEUNG
P.O. Box 21015
Los Angeles, CA 90021
P: (626) 393-3313
Email: christianyeung@hotmail.com
**Plaintiff in Pro Per**

Andrew Kornoff
Office of the City Attorney – City of Huntington Beach
2000 Main St, P.O. Box 190
Huntington Beach, CA 92648
Tel: (714) 536-5555 / Fax: (714) 374-1590
Email: andrew.kornoff@surfcity-hb.org
**Attorneys for Defendants, HUNTINGTON BEACH POLICE DEPARTMENT, OFFICER JOSEPH E. GILES, OFFICER CAMERON J. HOULSTON and OFFICER LUCAS PATRICK**