Rebecca M. Gabroy (State Bar No. 303824)
rgabroy@wshblaw.com
Sarah Stilz (State Bar No. 306617)
sstilz@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
6A Liberty Street, Suite 200
Aliso Viejo, California 92656
Phone: 949-757-4500 ♦ Fax: 949-757-4550

Attorneys for THE BUNGALOW HB, LLC dba THE BUNGALOW HUNTINGTON BEACH, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN YEUNG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE BUNGALOW HUNTINGTON BEACH, LLC, a limited liability company; OFFICER JOSEPH E. GILES, an individual; OFFICER CAMERON J. HOULSTON, an individual; OFFICER LUCAS PATRICK, an individual; HUNTINGTON BEACH POLICE DEPARTMENT, a public entity; and DOES 1-20, inclusive.<br><br>　　　　Defendants. | Case No.: 8:23-cv-01573 MWC (DFMx)<br><br>**DEFENDANT, THE BUNGALOW HB, LLC dba THE BUNGALOW HUNTINGTON BEACH, LLC'S PRE-TRIAL DISCLOSURES** |

Defendant, THE BUNGALOW HUNTINGTON BEACH, LLC hereby submits its Pre-Trial Disclosure of Witnesses and Exhibits, pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and Local Rules 16-5 and 16-6, as follows, and in addition to the recently served Exhibit List and Witness List, which were filed with

the Court and served on all parties on August 15, 2025:

## I. Rule 26(a)(3)(A)(i) – Witnesses

The Bungalow provides the below list of witnesses intended to be called to testify at trial, including a summary of anticipated deposition testimony and anticipated time required for testimony, as well as anticipated date of testimony.

| | Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|---|
| 1. | Plaintiff, Christian Yeung | Plaintiff will testify regarding the subject incident | 2 hours | 2.5 hours | Day 1 of trial. |
| 2. | Officer Joseph Giles | Testimony regarding the Officers' response to the 911 call and the arrest. The police report and arrest report. | 30 mins | | Day 1 of trial. |
| 3. | Officer Cameron Houlston | Testimony regarding the Officers' response to the 911 call and the arrest. | 30 mins | | TBD |
| 4. | Officer Lucas Patrick | Testimony regarding the Officers' response to the 911 call and the arrest. | 30 mins | | TBD |
| 5. | Officer Ecsedy | Conversations with security staff and his body worn camera. Supplemental police report. | 30 mins | | |
| 6. | Justin Timothy Harris Bell | The incident between Plaintiff and ATF Private | 30 mins | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Security's security guards. | | | |
| 7. | Kent Hughes | The incident between Plaintiff and ATF Private Security's security guards. | 30 mins | | |
| 8. | Enrique Oseguera* | Events prior to the incident, potentially the incident, and potentially events after the incident. | 30 mins | | |
| 9. | Ilja Magura | Services Agreement between The Bungalow and ATF Private Security. | 30 mins | | |

## II. Witnesses Whose Testimony Will Be Presented by Deposition Testimony

None at this time. If any of the witnesses listed above are not available at trial, The Bungalow reserves the right to present their deposition transcripts if taken, a copy of said transcripts are available on request. The Bungalow further reserves the right to add to, amend, or delete witnesses from the list above, and reserves the right to call any expert witnesses identified by any other party to this action.

Further, The Bungalow intends to cross-examine those witnesses called by all other parties and hereby incorporates those witnesses whether or not disclosed yet, into the above list of witnesses as though fully set forth therein.

/ / /

/ / /

/ / /

/ / /

## III. Rule 26(a)(3)(A)(ii) – Exhibits

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 1. | The Bungalow surveillance video | Bungalow security officer Justin Timothy Harris Bell. Officer Ecsedy. | | | | |
| 2. | Officer Houlston's Body Worn Camera Video | Officer Houlston. | | | | |
| 3. | Officer Patrick's Body Worn Camera Video | Officer Patrick. | | | | |
| 4. | Officer Giles' Body Worn Camera Video | Officer Giles. | | | | |
| 5. | Police Report | Officer Houlston. | | | | |
| 6. | Transcript of the Deposition of Plaintiff Christian Yeung. | Christian Yeung. | | | | |

39399164.1:10626-0155    -4-    Case No. 8:23-cv-01573 MWC (DFMx)
DEFENDANT, THE BUNGALOW HB, LLC dba THE BUNGALOW HUNTINGTON BEACH, LLC'S PRE-TRIAL DISCLOSURES

|  | | |
|---|---|---|
| 7. | Photos taken by Huntington Beach Police Department of Plaintiff's Injuries | HBPD Officers. |
| 8. | Huntington Beach Police Department Medical Screening Form/Intoxication Observation Sheet | HBPD Officers/Employees. |
| 9. | Detention Certificate | HBPD Officers. |
| 10. | Declaration of Christian Yeung | Christian Yeung. |
| 11. | Declaration of Lucas Patrick | Officer Patrick. |
| 12. | Follow-Up Investigation Audio between Aaron Ecsedy, Justin Bell, and Kent Hughes | Officer Ecsedy, Justin Bell, and Kent Hughes |
| 13. | Bungalow Bar Receipts | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14. | The Bungalow's Response to Plaintiff's Request for Production, Set One | | | | | |
| 15. | The Bungalow's Response to Interrogatories, Set One | | | | | |
| 16. | Services Agreement between The Bungalow and ATF Private Security | The Bungalow management. | | | | |

Respectfully submitted.

DATED:  August 20, 2025          WOOD, SMITH, HENNING & BERMAN LLP


                                 By: _____
                                 REBECCA M. GABROY
                                 SARAH STILZ
                                 Attorneys for THE BUNGALOW HB, LLC dba THE BUNGALOW HUNTINGTON BEACH, LLC

# PROOF OF SERVICE

**Yeung, Christian v. The Bungalow Huntington Beach, LLC, et al.**
**Case No. 30-2023-01328339-CU-CR-CJC**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On August 20, 2025, I served the following document(s) described as **DEFENDANT, THE BUNGALOW HB, LLC dba THE BUNGALOW HUNTINGTON BEACH, LLC'S PRE-TRIAL DISCLOSURES** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:** I placed true copies of the foregoing document(s) enclosed in sealed envelopes addressed as shown on the Service List. I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 20, 2025, at Los Angeles, California.

/s/ Yareem G. Lopez
Yareem G. Lopez

39399164.1:10626-0155 -7- Case No. 8:23-cv-01573 MWC (DFMx)
DEFENDANT, THE BUNGALOW HB, LLC dba THE BUNGALOW HUNTINGTON BEACH, LLC'S PRE-TRIAL DISCLOSURES

**SERVICE LIST**
**Yeung, Christian v. The Bungalow Huntington Beach, LLC, et al.**
**Case No. 30-2023-01328339-CU-CR-CJC**

| | |
|---|---|
| CHRISTIAN YEUNG<br>P.O. Box 21015<br>Los Angeles, CA 90021<br>P: (626) 393-3313<br>Email: christianyeung@hotmail.com<br>**Plaintiff in Pro Per** | Andrew Kornoff<br>Office of the City Attorney – City of Huntington Beach<br>2000 Main St, P.O. Box 190<br>Huntington Beach, CA 92648<br>Tel: (714) 536-5555 / Fax: (714) 374-1590<br>Email: andrew.kornoff@surfcity-hb.org<br>**Attorneys for Defendants, HUNTINGTON BEACH POLICE DEPARTMENT, OFFICER JOSEPH E. GILES, OFFICER CAMERON J. HOULSTON and OFFICER LUCAS PATRICK** |